1  DENISE M. MINGRONE (STATE BAR NO. 135224)
   dmingrone@orrick.com
2  SIDDHARTHA VENKATESAN (STATE BAR NO. 245008)
   svenkatesan@orrick.com
3  ELIZABETH C. McBRIDE (STATE BAR NO. 260577)
   emcbride@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
5  Menlo Park, California  94025
   Telephone:   +1-650-614-7400
6  Facsimile:   +1-650-614-7401

7  Attorneys for Plaintiff
   SYNOPSYS, INC.
8

9                     UNITED STATES DISTRICT COURT
10
                      NORTHERN DISTRICT OF CALIFORNIA
11

12 | SYNOPSYS, INC., a Delaware corporation, | Case No. 3:12-cv-05334-RS
13 |                Plaintiff,                | **STIPULATION AND [~~PROPOSED~~ ORDER] FOR ENTRY OF TEMPORARY RESTRAINING ORDER, ORDER FOR EXPEDITED DISCOVERY AND ENTRY OF PROTECTIVE ORDER**
14 |    v.                                    |
15 | DEEPAK SABHARWAL, an individual,         |
16 |                Defendant.                |
17 |                                          | Date:
   |                                          | Time:
18 |                                          | Dept:
   |                                          | Judge:

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

STIP AND [~~PROPOSED~~] ORDER
CASE NO. 3:12-CV-05334-RS

1.  Plaintiff Synopsys, Inc. ("Plaintiff") has filed a Complaint against Defendant Deepak Sabharwal. The Complaint alleges copyright infringement, trade secret misappropriation, computer abuse and fraud and unfair business practices against Mr. Sabharwal. Based on its complaint, Plaintiff believes good cause exists which supports entry of a temporary restraining order by the Court and is prepared to file such application and supporting papers.

2.  In an effort to resolve any issues which might support entry of a Court restraining order, Defendant and Plaintiff agree to immediate entry of the following.

**Temporary Restraining Order:**

1. Defendant Deepak Sabharwal shall not use, disclose, transfer, copy, destroy, license or otherwise encumber any Synopsys confidential or proprietary information, including any document or file from his Synopsys-issued laptop and all Synopsys algorithms, processes, data, know-how, computer software in both source and object form, interfaces, designs, data structures, improvements, inventions, works of authorship, techniques, development roadmaps, resource allocation plans, business or marketing plans, strategies, forecasts and customer or contact lists;

2. Mr. Sabharwal shall not use, disclose, transfer, copy, destroy, license or otherwise encumber any third party confidential or proprietary information that he received access to during his employment at Synopsys, including all Intel confidential or proprietary information;

3. Mr. Sabharwal shall immediately return all Synopsys confidential or proprietary information and third party confidential or proprietary information to Synopsys; and

4. This order shall remain in effect for at least twenty-eight (28) days from entry to allow the parties to complete expedited discovery and attempt to reach final and permanent resolution of this matter.

**Expedited Discovery:**

5. Mr. Sabharwal shall comply with expedited discovery. A Protective Order, attached as Exhibit A is entered by the Court to facilitate expedited discovery.

6. Mr. Sabharwal shall produce for forensic inspection all electronic storage media,

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

- 1 -

[PROPOSED] ORDER
CASE NO. _____

including all external hard drives and flash drives that have ever contained any Synopsys confidential or proprietary or third party confidential or proprietary information that Sabharwal received access to during his employment at Synopsys, including all Intel confidential or proprietary information, by October 26, 2012.

7. To the extent Mr. Sabharwal used any internet cloud-based storage application, any social networking, any internet based email application, or similar application to store any Synopsys confidential or proprietary information or third party confidential or proprietary information, he shall provide the user access credentials to each such application to Plaintiffs' counsel by October 26, 2012. These credentials will be designated "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order.

8. Synopsys shall immediately propound to Mr. Sabharwal requests for production, interrogatories and a notice of deposition.

9. Mr. Sabharwal shall provide substantive responses to each interrogatory and make responsive documents and things available in response to Synopsys' requests for production by October 26, 2012.

10. Mr. Sabharwal shall appear for his deposition on or about November 1, 2012, as mutually agreed by the parties.

Dated: __16__ October, 2012

Respectfully submitted

ORRICK, HERRINGTON & SUTCLIFFE LLP

_____
Denise M. Mingrone
Attorneys for Plaintiff SYNOPSYS, INC.

Dated: _____ October, 2012

_____
Defendant DEEPAK SABHARWAL

Good cause appearing therefor, **IT IS SO ORDERED.**

Dated: __10/18__ 2012

_____
United States District Court Judge

including all external hard drives and flash drives that have ever contained any Synopsys confidential or proprietary or third party confidential or proprietary information that Sabharwal received access to during his employment at Synopsys, including all Intel confidential or proprietary information, by October 26, 2012.

7. To the extent Mr. Sabharwal used any internet cloud-based storage application, any social networking, any internet based email application, or similar application to store any Synopsys confidential or proprietary information or third party confidential or proprietary information, he shall provide the user access credentials to each such application to Plaintiffs' counsel by October 26, 2012. These credentials will be designated "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order.

8. Synopsys shall immediately propound to Mr. Sabharwal requests for production, interrogatories and a notice of deposition.

9. Mr. Sabharwal shall provide substantive responses to each interrogatory and make responsive documents and things available in response to Synopsys' requests for production by October 26, 2012.

10. Mr. Sabharwal shall appear for his deposition on or about November 1, 2012, as mutually agreed by the parties.

Dated: _____ October, 2012

Respectfully submitted
ORRICK, HERRINGTON & SUTCLIFFE LLP

_____
Denise M. Mingrone
Attorneys for Plaintiff SYNOPSYS, INC.

Dated: 16 October, 2012

_____
Defendant DEEPAK SABHARWAL

Good cause appearing therefor, **IT IS SO ORDERED.**

Dated: _____ 2012

_____
United States District Court Judge

- 2 -

[PROPOSED] ORDER