1  DENISE M. MINGRONE (STATE BAR NO. 135224)
   dmingrone@orrick.com
2  SIDDHARTHA VENKATESAN (STATE BAR NO. 245008)
   svenkatesan@orrick.com
3  ELIZABETH C. McBRIDE (STATE BAR NO. 260577)
   emcbride@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
5  Menlo Park, California  94025
   Telephone:    +1-650-614-7400
6  Facsimile:    +1-650-614-7401

7  Attorneys for Plaintiff
   SYNOPSYS, INC.
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SYNOPSYS, INC., a Delaware corporation, | Case No. 3:12-cv-05334 RS |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE SCHEDULED FROM  JANUARY 17, 2013 TO FEBRUARY 14, 2013** |
| v. | |
| DEEPAK SABHARWAL, an individual, | |
| Defendant. | |

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

STIPULATION AND [PROP] ORDER TO CONTINUE CMC
CASE NO.: 3:12-CV-05334 RS

1  Plaintiff Synopsys, Inc. ("Synopsys") and Defendant Deepak Sabharwal by and through
2  their attorneys hereby agree and request to continue the Case Management Conference scheduled
3  by the Court for January 17, 2013 to February 14, 2013.  This continuance is requested on the
4  basis that the parties are working diligently to resolve this matter.  Defendant Sabharwal has
5  provided expedited discovery to Plaintiff Synopsys.  Synopsys is working with a third party who
6  has responsive discovery in its possession to obtain and review said discovery.  Further, the
7  parties agree that the deposition of Defendant Deepak Sabharwal shall be held on January 11,
8  2013, or as soon thereafter as mutually-agreed upon schedules permit.  The parties agree that
9  Synopsys is permitted to take a further deposition based on any newly produced relevant
10 materials obtained by Synopsys on or after January 7, 2013.

|  |  |
|---|---|
|  | Respectfully submitted |
| Dated: December 26, 2012 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|  | */s/ Denise M. Mingrone* <br> Denise M. Mingrone <br> Attorneys for Plaintiff SYNOPSYS, INC. |
| Dated: December 26, 2012 | BURKE, WILLIAMS & SORENSEN, LLP |
|  | */s/ Douglas W. Dal Cielo* <br> Douglas W. Dal Cielo <br> Attorneys for Defendant DEEPAK SABHARWAL |

**Filer's Attestation:**  Pursuant to Local Rule 5-1, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: December 26, 2012          Respectfully submitted,

*/s/ Denise M. Mingrone*
Denise M. Mingrone

1   Pursuant to the parties' stipulation and good cause appearing, **IT IS SO ORDERED.** The
2   Case Management Conference in the above-entitled matter shall be held on February 14, 2013 at
3   10 am.

Dated: __12/26_____ 2012

_____
United States District Court Judge

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

- 2 -

STIPULATION AND [PROP] ORDER TO CONTINUE CMC
CASE NO.: 3:12-CV-05334 RS