IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSIS, INC. a Delaware corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>DEEPAK SABHARWAL, an individual,<br><br>    Defendant. | No. C 12-05334 RS<br><br>**ORDER REGARDING CASE MANAGEMENT LETTER** |

The Court has received and reviewed defendant's letter requesting to move the Case Management Conference up from March 14, 2013 to February 14, 2013. The Case Management Conference will remain as stipulated to by the parties, and as currently scheduled, on March 14, 2013.

IT IS SO ORDERED.

Dated: 2/7/13

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 12-05334 RS